**No. 40858.**—Protest 833072–G/86065 of Oscar Leistner, Inc. (Chicago).

Opinion by SULLIVAN, J.  There was testimony that these articles are used in connection with Christmas trees or with so-called crib sets for religious purposes but it did not indicate that they are chiefly used for such purposes.  On the record presented the protest was overruled.  *Strauss-Eckardt* v. *United States* (T. D. 48272) distinguished.  *Wile* v. *United States* (T. D. 46827) cited.  Brown, J., concurred in the conclusion.

**No. 40859.**—Protest 948227–G of Thos. J. Molloy & Co., Inc. (New York).

Opinion by SULLIVAN, J.  In accordance with stipulation of counsel the protest was sustained.

BEFORE THE SECOND DIVISION, MARCH 20, 1939

**No. 40860.**—Protests 589559–G, etc., of J. Hoyle & Sons, Ltd., Inc., et al. (New York).

Opinion by KINCHELOE, J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 40861.**—Protests 959154–G, etc., of F. W. Woolworth Co. (New York).

Opinion by DALLINGER, J.  In accordance with stipulation of counsel the bridge table paper weights in question were held dutiable as household articles plated with silver at 50 percent under paragraph 339 as claimed.  *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20) followed.

**No. 40862.**—Protests 962227–G, etc., of Continental Merchandise Corp. et al. (New York).

Opinion by DALLINGER, J.  In accordance with stipulation of counsel the paper weights in question were held dutiable at 40 percent under paragraph 339. *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20) followed.

**No. 40863.**—Protest 972594–G of American Merchandise Co., Inc. (New York).

Opinion by DALLINGER, J.  In accordance with stipulation of counsel the oil cans in question were held dutiable as hollow ware at 40 percent under paragraph 339.  *Dow* v. *United States* (21 C. C. P. A. 282, T. D. 46816) cited.